UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL SCHWARTZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NORTHSTAR REALTY EUROPE CORP., RICHARD BRETT SALTZMAN, JUDITH A. HANNAWAY, MAHBOD NIA, THOMAS J. BARRACK, JR., WESLEY D. MINAMI, OSCAR J. JUNQUERA, DIANNE HURLEY, and MARIO CHISHOLM,<br><br>Defendants. | Case No. 1:19-cv-07915-PGG |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Michael Schwartz ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to Plaintiff only and without prejudice as to all others similarly situated. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified. Plaintiff's dismissal of the Action is therefore effective upon the filing of this notice.

Dated: October 11, 2019

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By: */s/ James M. Wilson, Jr.*

Nadeem Faruqi
James M. Wilson, Jr.
685 Third Avenue, 26th Floor
New York, NY 10017
Tel.: (212) 983-9330
Fax: (212) 983-9331

Email: nfaruqi@faruqilaw.com
jwilson@faruqilaw.com

*Counsel for Plaintiff*